# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149101

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BANK OF NEW YORK MELLON, as
Trustee for CIT Mortgage Loan Trust 2007-1,
Plaintiff-Appellee,

v

SC: 149101
COA: 317635
Oakland CC: 13-009877-AV

CHARLES BELL and CAROLYN MILLER,
Defendants-Appellants,
and

ALL OTHER OCCUPANTS,
Defendants.

_____/

On order of the Court, the application for leave to appeal the March 10, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

t0721